UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KAREN E. BEZNER, ESQ.
567 Park Avenue, Suite 103
Scotch Plains, New Jersey  07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

Order Filed on February 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
DENISE E. GALLEMORE,

Case No.:          16-16147

Chapter:                7

Judge:                KCF

# ORDER AUTHORIZING RETENTION OF

## COUNSEL TO TRUSTEE

The relief set forth on the following page is **ORDERED**.

**DATED: February 23, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Karen E. Bezner, Esq._____

as _____Counsel to the Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 567 Park Avenue, Suite 103
   Scotch Plains, New Jersey  07076

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Denise E Gallemore  
    Debtor

Case No. 16-16147-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 23, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.  
db          +Denise E Gallemore,    36 Heath Lane,    Willingboro, NJ 08046-1720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:  
         Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER  
          PARTICIPATION TRUST nj.bkecf@fedphe.com  
         Avram D White    on behalf of Debtor Denise E Gallemore clistbk3@gmail.com,  
          adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com  
         Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER  
          PARTICIPATION TRUST dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST  
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         John Philip Schneider    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
          PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com  
         John R. Morton, Jr.    on behalf of Creditor    Ally Financial mortonlaw.bcraig@verizon.net,  
          donnal@mortoncraig.com;mhazlett@mortoncraig.com  
         Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,  
          NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
                                                                                                                         TOTAL: 10