**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Denise E Gallemore** | Social Security number or ITIN **xxx–xx–5077** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of New Jersey** | | |
| Case number:   **16–16147–KCF** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Denise E Gallemore

2/24/17

**By the court:**   Kathryn C. Ferguson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 16-16147-KCF
Denise E Gallemore                                                  Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 3           Date Rcvd: Feb 24, 2017
                              Form ID: 318             Total Noticed: 119


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
db             +Denise E Gallemore,   36 Heath Lane,   Willingboro, NJ 08046-1720
tr              Albert Russo,   Standing Chapter 13 Trustee,   CN 4853,   Trenton, NJ 08650-4853
cr             +LSF8 MASTER PARTICIPATION TRUST,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,
                 Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516093585       ASHRO,   1112 7th Avenue,   Monroe, WI 53566-1364
516093590      +AT&T Wireless,   PO Box 8212,   Aurora, IL 60572-8212
516093588       AT&T Wireless,   PO Box 944039,   Maitland, FL 32794
516093589      +AT&T Wireless,   PO Box 371430,   Pittsburgh, PA 15250-7430
516093591      +AT&T Wireless Service,   PO Box 8220,   Aurora, IL 60572-8220
516093586      +Ashro Catalog,   P0 Box 609,   Memphis, TN 38101-0609
516164917      +Ashro Lifestyle,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516093587      +Ashro/Swiss Colony,   1515 South 21st Street,   Clinton, IA 52732-6676
516093592      +Caliber Home Loans,   PO Box 24610,   Oklahoma City, OK 73124-0610
516093597       Comenity Bank/Game,   P O Box 181120,   Columbus, OH 43218
516093600      +Convergent Healthcare,   121 NE Jefferson Street,   Suite 100,   Peoria, IL 61602-1229
516093601      +Cooper BMA Endoscope CTR,   attn: C and H Collection Services Inc.,   PO Box 1399,
                 Merchantville, NJ 08109-0399
516260796      +Cooper University C/O Convergent HC Rec,   Convergent Healthcare Recoveries Inc.,
                 P.O. Box 1289,   Peoria, IL 61654-1289
516093602       Cooper University Health Care,   PO Box 1022,   For Notice Only,   Wixom, MI 48393-1022
516093603       Cooper University Health Care,   PO Box 1022,   Wixom, MI 48393-1022
516093606       Credit One Bank,   PO BOx 98672,   Las Vegas, NV 89193-8672
516093609       Deer Park Poland Spring,   attn: Associated Credit Services Inc,   PO Box 5171,
                 Westborough, MA 01581-5171
516093610       Deer Park Water,   215661 Dixie Highway , Suite 4,   Louisville, KY 40258
516093611      +Discover Bank,   attn: Capital Management Services LP,   698 1/2 South Ogden Street,
                 Buffalo, NY 14206-2317
516093615      +First Premier Bank,   PO Box 3038,   Evansville, IN 47730-3038
516093623      +GMAC,   3451 Hammond Ave.,   Waterloo, IA 50702-5300
516093620       Ginny,   1112 7th Avenue,   Monroe, WI 53566-1364
516093621       Ginny's,   1112 7th Avenue,   Monroe, WI 53566-1364
516164918      +Ginny's,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516093627      +Larchmont Imaging,   1295 Route 38 West,   Hainesport, NJ 08036-2702
516093628       Larchmont Imaging,   attn: Apex Asset Management LLC,   2501 Oregon Pike Suite 102,
                 Lancaster, PA 17601-4890
516093629      +Larchmont Imaging Associates,   Attn: Credit Management , Inc.,   4200 International Parkway,
                 Carrollton, TX 75007-1912
516093630       Lourdes Medical Center of Burlington Cty,   attn: Financial Recoveries,   PO Box 1388,
                 Mount Laurel, NJ 08054-7388
516093631      +Mason Direct,   PO Box 77001,   Madison, WI 53707-1001
516093632      +Mason Easy Pay,   PO Box 2808,   Monroe, WI 53566-8008
516093635      +Midland Credit Management,   Attn: Pressler & Pressler,   7 Entin Road,
                 Parsippany, NJ 07054-5020
516093637      +Midland Funding, LLC,   Attn: Pressler and Pressler,   7 Entin Road,
                 Parsippany, NJ 07054-5020
516093638       Midnight Velvet,   112 7th Avenue,   Monroe, WI 53566
516164950      +Midnight Velvet,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516093639      +Monroe & Main,   1112 7th Avenue,   Monroe, WI 53566-1364
516164951      +Monroe & Main,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516093640      +Monroe and Main,   attn: Professional Recovery Consultants,   2700 Meridian Parkway, Suite 200,
                 Durham, NC 27713-2441
516093641      +NLA Burlington,   att: Natural Lawn of America,   PO Box 2330,   Riverton, NJ 08077-5330
516093652      +PSEG,   80 Park Plaza,   Newark, NJ 07102-4194
516093651      +PSEG,   80 Park Plaza T5D,   Newark, NJ 07102-4109
516093648       PSEG,   PO Box 14104,   New Brunswick, NJ 08906-4104
516093649      +PSEG,   PO Box 14444,   New Brunswick, NJ 08906-4444
516093644      +Palisades Collection , LLC,   PO Box 1244,   Englewood Cliffs, NJ 07632-0244
516093643      +Palisades Collection , LLC,   Attn: Pressler & Pressler,   7 Entin Road,
                 Parsippany, NJ 07054-5020
516093646      +Poland Spring,   PO Box 856192,   Louisville, KY 40285-6192
516093645      +Poland Spring,   50 Commerce Way,   Norton, MA 02766-3323
516093647      +Poland Spring Natural Spring Water,   6661 Dixie Highway , Suite 4,   Louisville, KY 40258-3950
516093654      +Saint Michaels Medical Center,   100 Front Street,   Suite 1,   Riverside, NJ 08075-1181
516093655       Seventh Avenue,   1112 7th Avenue,   Monroe, WI 53566-1364
516093658      +Seventh Avenue,   PO Box 740933,   Dallas, TX 75374-0933
516164957      +Seventh Avenue,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516093656      +Seventh Avenue,   Attn: Merchants' Credit Guide Co.,   223 W. Jackson Blvd.,
                 Chicago, IL 60606-6908
516093657      +Seventh Avenue,   Attn: Van RU Credit Corporation,   PO Box 618,   Park Ridge, IL 60068-0618
516093665       Sprint PCS,   PO Box 2200,   Bedford Park, IL 60499-2200
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Feb 24, 2017
                              Form ID: 318             Total Noticed: 119

516103332      Sterling Jewelers Inc.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
516093672     +The Center for Kidney Care,    attn: I C Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
516093673     +Township of Willingboro,    1 Rev Dr. M.L. King Jr. Drive,    Willingboro, NJ 08046-2853
516331874     +U.S. BANK TRUST, N.A.,,    CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                 OKLAHOMA CITY, OK 73134-2500
516093675      Walmart,    PO Box 628043,    Orlando, FL 32862
516093678      Walmart,    PO Box 960023,    Dayton, FL 32896

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 24 2017 23:19:02      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 24 2017 23:18:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516159080      EDI: GMACFS.COM Feb 24 2017 23:08:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
516093584     +EDI: GMACFS.COM Feb 24 2017 23:08:00      Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
516182471      EDI: BL-BECKET.COM Feb 24 2017 23:13:00      CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
                 PO BOX 3001,    MALVERN, PA 19355-0701
516093593     +EDI: CAPITALONE.COM Feb 24 2017 23:13:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
516093594     +EDI: CAPITALONE.COM Feb 24 2017 23:13:00      Capital One Bank,    PO Box 71083,
                 For Notice Only,    Charlotte, NC 28272-1083
516135329      EDI: CAPITALONE.COM Feb 24 2017 23:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516093595      EDI: WFNNB.COM Feb 24 2017 23:13:00      Comenity Bank,    PO Box 183003,
                 Columbus, OH 43218-3003
516093596     +EDI: WFNNB.COM Feb 24 2017 23:13:00      Comenity Bank/Davids Bridal,    P O Box 182120,
                 Columbus, OH 43218-2120
516093598     +EDI: WFNNB.COM Feb 24 2017 23:13:00      Comenity Bank/Game,    P O Box 182789,
                 Columbus, OH 43218-2789
516093599     +EDI: WFNNB.COM Feb 24 2017 23:13:00      Comenity Bank/Mandees,    P O Box 182789,
                 Columbus, OH 43218-2789
516093605     +EDI: RCSFNBMARIN.COM Feb 24 2017 23:13:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
516093604     +EDI: RCSFNBMARIN.COM Feb 24 2017 23:13:00      Credit One Bank,    P0 Box 80015,
                 Los Angeles, CA 90080-0015
516093607     +EDI: HFC.COM Feb 24 2017 23:13:00      David’s Bridal Shop,    Attn: Retail Services,
                 P0 Box 17602,    For Notice Only,    Baltimore, MD 21297-1602
516093608      EDI: WFNNB.COM Feb 24 2017 23:13:00      David’s Bridal Shop,    PO Box 659707,
                 San Antonio, TX 78265-9707
516093612     +EDI: AMINFOFP.COM Feb 24 2017 23:13:00      First Premier Bank,    PO Box 5114,
                 Sioux Falls, SD 57117-5114
516093613      EDI: AMINFOFP.COM Feb 24 2017 23:13:00      First Premier Bank,    PO Box 5147,
                 Sioux Falls, SD 57117-5147
516093616     +EDI: AMINFOFP.COM Feb 24 2017 23:13:00      First Premier Bank,    PO Box 5524,
                 Sioux Falls, SD 57117-5524
516093617      EDI: AMINFOFP.COM Feb 24 2017 23:13:00      First Premier Bank,    3820 N Louise Avenue,
                 Sioux Falls, SD 57107-0145
516093614     +EDI: AMINFOFP.COM Feb 24 2017 23:13:00      First Premier Bank,    601 South Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
516093618      EDI: AMINFOFP.COM Feb 24 2017 23:13:00      First Premier Bank,    3820 North Louise Avenue,
                 Sioux Falls, SD 57107-0145
516093619     +EDI: AMINFOFP.COM Feb 24 2017 23:13:00      First Premium Bank,    Po Box 5524,
                 Sioux Falls, SD 57117-5524
516093622     +EDI: GMACFS.COM Feb 24 2017 23:08:00      GMAC,    P0 Box 130424,    Roseville, MN 55113-0004
516093625     +EDI: CBSKOHLS.COM Feb 24 2017 23:13:00      Kohl’s,    PO Box 3004,    Milwaukee, WI 53201-3004
516093626     +EDI: CBSKOHLS.COM Feb 24 2017 23:13:00      Kohl’s,    PO Box 3084,    Milwaukee, WI 53201-3084
516093624     +EDI: CBSKOHLS.COM Feb 24 2017 23:13:00      Kohl’s,    PO Box 2983,    Milwaukee, WI 53201-2983
516093634     +EDI: MID8.COM Feb 24 2017 23:13:00      Midland Credit Management,    8875 Aero Drive,    Suite 2,
                 San Diego, CA 92123-2255
516093633     +EDI: MID8.COM Feb 24 2017 23:13:00      Midland Credit Management,    PO Box 939019,
                 San Diego, CA 92193-9019
516093636      EDI: MID8.COM Feb 24 2017 23:13:00      Midland Funding,    8875 Aero Dr Suite 200,
                 San Diego, CA 92123-2255
516334438      EDI: PRA.COM Feb 24 2017 23:08:00      Portfolio Recovery Associates, LLC,    c/o Ashley Stewart,
                 POB 41067,    Norfolk VA 23541
516334435      EDI: PRA.COM Feb 24 2017 23:08:00      Portfolio Recovery Associates, LLC,    c/o David’s Bridal,
                 POB 41067,    Norfolk VA 23541
516334644      EDI: PRA.COM Feb 24 2017 23:08:00      Portfolio Recovery Associates, LLC,    c/o Gamestop,
                 POB 41067,    Norfolk VA 23541
516334433      EDI: PRA.COM Feb 24 2017 23:08:00      Portfolio Recovery Associates, LLC,    c/o Mandee,
                 POB 41067,    Norfolk VA 23541
516093650      E-mail/Text: bankruptcy@pseg.com Feb 24 2017 23:18:22      PSEG,    PO Box 790,
                 Cranford, NJ 07016-0790
516093653     +E-mail/Text: bankruptcy@pseg.com Feb 24 2017 23:18:22      PSEG,    20 Commerce Drive,
                 Cranford, NJ 07016-3612
```

```
District/off: 0312-3          User: admin              Page 3 of 3                  Date Rcvd: Feb 24, 2017
                              Form ID: 318             Total Noticed: 119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516093642        +E-mail/Text: ebn@vativrecovery.com Feb 24 2017 23:18:46     Palisade Collection , LLC,
                  210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2524
516312496        +EDI: JEFFERSONCAP.COM Feb 24 2017 23:13:00      Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516149759         EDI: Q3G.COM Feb 24 2017 23:13:00      Quantum3 Group LLC as agent for,
                  Crown Asset Management LLC,    PO Box 788,    Kirkland, WA 98083-0788
516093659         EDI: NEXTEL.COM Feb 24 2017 23:13:00      Sprint,   PO Box 219554,    Kansas City, MO
516093661         EDI: NEXTEL.COM Feb 24 2017 23:13:00      Sprint,   PO Box 740503,    Atlanta, GA 30374
516093662         EDI: NEXTEL.COM Feb 24 2017 23:13:00      Sprint / Nextel,   PO Box 17621,    Baltimore, MD 21297
516093667         EDI: NEXTEL.COM Feb 24 2017 23:13:00      Sprint PCS,   PO Box 219554,    Kansas City, MO 64121
516093664         EDI: NEXTEL.COM Feb 24 2017 23:13:00      Sprint PCS,   PO Box 219718,
                  Kansas City, MO 64121-9718
516093666         EDI: NEXTEL.COM Feb 24 2017 23:13:00      Sprint PCS,   PO Box 62071,    Baltimore, MD 21264
516093660         EDI: NEXTEL.COM Feb 24 2017 23:13:00      Sprint,   PO Box 152046,    Irving, TX 75015-2046
516093663        +EDI: NEXTEL.COM Feb 24 2017 23:13:00      Sprint Customer Service,   P0 Box 8077,
                  London, KY 40742-8077
516093669        +EDI: NEXTEL.COM Feb 24 2017 23:13:00      Sprint PCS,   PO Box 105243,    Atlanta, GA 30348-5243
516093668        +EDI: NEXTEL.COM Feb 24 2017 23:13:00      Sprint PCS,   PO Box 8077,    London, KY 40742-8077
516093670        +EDI: RMSC.COM Feb 24 2017 23:13:00      Syncb/Old Navy,   PO Box 965015,
                  Orlando, FL 32896-5015
516093671        +EDI: RMSC.COM Feb 24 2017 23:13:00      Synchrony Financial,    777 Long Ridge Road,
                  Stamford, CT 06902-1247
516093676        +EDI: RMSC.COM Feb 24 2017 23:13:00      Walmart,   PO Box 530927,    Atlanta, GA 30353-0927
516093674         EDI: RMSC.COM Feb 24 2017 23:13:00      Walmart,   PO Box 965024,    For Notice Only,
                  Orlando, FL 32896-5024
516093677         EDI: RMSC.COM Feb 24 2017 23:13:00      Walmart,   P0 Box 9769,   Macon, GA 31297
                                                                                              TOTAL: 54

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Ally Financial,   PO Box 130424,    Roseville, MN 55113-0004
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Avram D White     on behalf of Debtor Denise E Gallemore clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John Philip Schneider    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
              John R. Morton, Jr.     on behalf of Creditor    Ally Financial mortonlaw.bcraig@verizon.net,
               donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
                                                                                               TOTAL: 10
```