Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−16147−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denise E Gallemore
   36 Heath Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−5077

Employer's Tax I.D. No.:

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on March 10, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 58 − 57
Order Granting Application to Employ Percario Nitti & Struben as Special Counsel To Trustee (Related Doc # 57). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/9/2017. (bwj)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 10, 2017
JAN: bwj

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Denise E Gallemore
    Debtor

Case No. 16-16147-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 10, 2017
                     Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.
sp    +Percario Nitti and Struben,   1514 St Georges Avenue,   Linden, NJ 07036-1784

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:
          Albert   Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo   docs@russotrustee.com
          Andrew L. Spivack   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Avram D White   on behalf of Debtor Denise E Gallemore clistbk3@gmail.com,
           adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com
          Denise E. Carlon   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
           PARTICIPATION TRUST dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   LSF8 MASTER PARTICIPATION TRUST
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John Philip Schneider   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Financial mortonlaw.bcraig@verizon.net,
           donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Karen E. Bezner   Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner   on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
                                                                                              TOTAL: 10