UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     DENISE E. GALLEMORE

Case No.: **16-16147**
Chapter: **7**
Judge: **KCF**

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Karen E. Bezner__, __Trustee__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>United States Courthouse<br>402 East State Street<br>Trenton, New Jersey  08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson, C.U.S.B.J.__ on __March 5, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, __402 East State Street, Trenton, NJ  08608__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | Personal injury case arising from auto accident on 09/27/2016 and pending in Superior Court as Denise Gallemore v. Bargas Erquin, Case No. UNN-L-000321-18 |
|---|---|

| Pertinent terms of settlement: | Trustee will accept $90,000.00 in full settlement of the suit. Attorneys' fees and costs are estimated at $32,000.00, medical expenses are estimated not to exceed $7,000.00.  Debtor's exemption estimated at $23,675.00, leaving $27,326.00 for the estate. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:     Karen E. Bezner, Trustee   /s/  Karen E. Bezner

Address:     567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.:     (908) 322-8484

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                       Case No. 16-16147-KCF
Denise E Gallemore                                                           Chapter 7
       Debtor                          CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 4           Date Rcvd: Jan 31, 2019
                               Form ID: pdf905              Total Noticed: 122


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
db             +Denise E Gallemore,    36 Heath Lane,    Willingboro, NJ 08046-1720
cr             +LSF8 MASTER PARTICIPATION TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,    Mt. Laurel, NJ 08054-3437
sp             +Percario Nitti and Struben,    1514 St Georges Avenue,    Linden, NJ 07036-1784
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516093590      +AT&T Wireless,    PO Box 8212,    Aurora, IL 60572-8212
516093588       AT&T Wireless,    PO Box 944039,    Maitland, FL 32794
516093589      +AT&T Wireless,    PO Box 371430,    Pittsburgh, PA 15250-7430
516093591      +AT&T Wireless Service,    PO Box 8220,    Aurora, IL 60572-8220
516093586      +Ashro Catalog,    P0 Box 609,    Memphis, TN 38101-0609
516182471       CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
516093592      +Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
516093597       Comenity Bank/Game,    P O Box 181120,    Columbus, OH 43218
516093600      +Convergent Healthcare,    121 NE Jefferson Street,    Suite 100,    Peoria, IL 61602-1229
516093601      +Cooper BMA Endoscope CTR,    attn: C and H Collection Services Inc.,    PO Box 1399,
                 Merchantville, NJ 08109-0399
516260796      +Cooper University C/O Convergent HC Rec,    Convergent Healthcare Recoveries Inc.,
                 P.O. Box 1289,    Peoria, IL 61654-1289
516093602       Cooper University Health Care,    PO Box 1022,    For Notice Only,    Wixom, MI 48393-1022
516093603       Cooper University Health Care,    PO Box 1022,    Wixom, MI 48393-1022
516093606       Credit One Bank,    PO BOx 98672,    Las Vegas, NV 89193-8672
516093607      +David’s Bridal Shop,    Attn: Retail Services,    P0 Box 17602,    For Notice Only,
                 Baltimore, MD 21297-1602
516093609       Deer Park Poland Spring,    attn: Associated Credit Services Inc,    PO Box 5171,
                 Westborough, MA 01581-5171
516093610       Deer Park Water,    215661 Dixie Highway , Suite 4,    Louisville, KY 40258
516093611      +Discover Bank,    attn: Capital Management Services LP,    698 1/2 South Ogden Street,
                 Buffalo, NY 14206-2317
516093614      +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
516093617       First Premier Bank,    3820 N Louise Avenue,    Sioux Falls, SD 57107-0145
516093618       First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
516093613       First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
516093616      +First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
516093612      +First Premier Bank,    PO Box 5114,    Sioux Falls, SD 57117-5114
516093615      +First Premier Bank,    PO Box 3038,    Evansville, IN 47730-3038
516093619      +First Premium Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
516093623      +GMAC,    3451 Hammond Ave.,    Waterloo, IA 50702-5300
516093627      +Larchmont Imaging,    1295 Route 38 West,    Hainesport, NJ 08036-2702
516093628       Larchmont Imaging,    attn: Apex Asset Management LLC,    2501 Oregon Pike Suite 102,
                 Lancaster, PA 17601-4890
516093629      +Larchmont Imaging Associates,    Attn: Credit Management , Inc.,    4200 International Parkway,
                 Carrollton, TX 75007-1912
516093630       Lourdes Medical Center of Burlington Cty,    attn: Financial Recoveries,    PO Box 1388,
                 Mount Laurel, NJ 08054-7388
516093631      +Mason Direct,    PO Box 77001,    Madison, WI 53707-1001
516093635      +Midland Credit Management,    Attn: Pressler & Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516093637      +Midland Funding, LLC,    Attn: Pressler and Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516093640      +Monroe and Main,    attn: Professional Recovery Consultants,    2700 Meridian Parkway, Suite 200,
                 Durham, NC 27713-2441
516093641      +NLA Burlington,    att: Natural Lawn of America,    PO Box 2330,    Riverton, NJ 08077-5330
516093652      +PSEG,    80 Park Plaza,    Newark, NJ 07102-4194
516093651      +PSEG,    80 Park Plaza T5D,    Newark, NJ 07102-4195
516093649      +PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
516093648       PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
516093644      +Palisades Collection , LLC,    PO Box 1244,    Englewood Cliffs, NJ 07632-0244
516093643      +Palisades Collection , LLC,    Attn: Pressler & Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516093646      +Poland Spring,    PO Box 856192,    Louisville, KY 40285-6192
516093645      +Poland Spring,    50 Commerce Way,    Norton, MA 02766-3323
516093647      +Poland Spring Natural Spring Water,    6661 Dixie Highway , Suite 4,    Louisville, KY 40258-3950
516093654      +Saint Michaels Medical Center,    100 Front Street,    Suite 1,    Riverside, NJ 08075-1181
516093656      +Seventh Avenue,    Attn: Merchants’ Credit Guide Co.,    223 W. Jackson Blvd.,
                 Chicago, IL 60606-6908
516093657      +Seventh Avenue,    Attn: Van RU Credit Corporation,    PO Box 618,    Park Ridge, IL 60068-0618
516093665       Sprint PCS,    PO Box 2200,    Bedford Park, IL 60499-2200
516103332       Sterling Jewelers Inc.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
516093672      +The Center for Kidney Care,    attn: I C Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
516093673      +Township of Willingboro,    1 Rev Dr. M.L. King Jr. Drive,    Willingboro, NJ 08046-2853
```

```
District/off: 0312-3                  User: admin                    Page 2 of 4                    Date Rcvd: Jan 31, 2019
                                      Form ID: pdf905                Total Noticed: 122


516331874      +U.S. BANK TRUST, N.A.,,    CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                OKLAHOMA CITY, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              E-mail/Text: bnc@russotrustee.com Feb 01 2019 00:10:04      Albert Russo,
                Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ  08650-4853
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 01 2019 00:09:05      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 01 2019 00:09:00      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516093585       E-mail/Text: bankruptcy@sccompanies.com Feb 01 2019 00:10:08      ASHRO,    1112 7th Avenue,
                Monroe, WI 53566-1364
516159080       E-mail/Text: ally@ebn.phinsolutions.com Feb 01 2019 00:07:57      Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
516093584      +E-mail/Text: ally@ebn.phinsolutions.com Feb 01 2019 00:07:57      Ally Financial,
                PO Box 380901,    Minneapolis, MN 55438-0901
516164917      +E-mail/Text: bankruptcy@sccompanies.com Feb 01 2019 00:10:08      Ashro Lifestyle,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516093587      +E-mail/Text: bankruptcy@sccompanies.com Feb 01 2019 00:10:08      Ashro/Swiss Colony,
                1515 South 21st Street,    Clinton, IA 52732-6676
516093593      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 01 2019 00:05:24       Capital One Bank,
                PO Box 71083,    Charlotte, NC 28272-1083
516093594      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 01 2019 00:05:24       Capital One Bank,
                PO Box 71083,    For Notice Only,    Charlotte, NC 28272-1083
516135329       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 01 2019 00:06:37
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516093595       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 01 2019 00:08:36      Comenity Bank,
                PO Box 183003,    Columbus, OH 43218-3003
516093596      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 01 2019 00:08:36
                Comenity Bank/Davids Bridal,    P O Box 182120,    Columbus, OH 43218-2120
516093598      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 01 2019 00:08:36      Comenity Bank/Game,
                P O Box 182789,    Columbus, OH 43218-2789
516093599      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 01 2019 00:08:37      Comenity Bank/Mandees,
                P O Box 182789,    Columbus, OH 43218-2789
516093605      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 01 2019 00:05:31      Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
516093604      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 01 2019 00:06:05      Credit One Bank,
                P0 Box 80015,    Los Angeles, CA 90080-0015
516093608       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 01 2019 00:08:37      David’s Bridal Shop,
                PO Box 659707,    San Antonio, TX 78265-9707
516093622      +E-mail/Text: ally@ebn.phinsolutions.com Feb 01 2019 00:07:57      GMAC,    P0 Box 130424,
                Roseville, MN 55113-0004
516093620       E-mail/Text: bankruptcy@sccompanies.com Feb 01 2019 00:10:08      Ginny,    1112 7th Avenue,
                Monroe, WI 53566-1364
516093621       E-mail/Text: bankruptcy@sccompanies.com Feb 01 2019 00:10:08      Ginny’s,    1112 7th Avenue,
                Monroe, WI 53566-1364
516164918      +E-mail/Text: bankruptcy@sccompanies.com Feb 01 2019 00:10:08      Ginny’s,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516093625      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 01 2019 00:08:02      Kohl’s,    PO Box 3004,
                Milwaukee, WI 53201-3004
516093626      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 01 2019 00:08:02      Kohl’s,    PO Box 3084,
                Milwaukee, WI 53201-3084
516093624      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 01 2019 00:08:02      Kohl’s,    PO Box 2983,
                Milwaukee, WI 53201-2983
516781374      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 01 2019 00:08:59      MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN, MI 48090-2011
516711357      +E-mail/Text: bankruptcy@sccompanies.com Feb 01 2019 00:07:48      Mason,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516093632      +E-mail/Text: bankruptcy@sccompanies.com Feb 01 2019 00:07:48      Mason Easy Pay,    PO Box 2808,
                Monroe, WI 53566-8008
516093634      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 01 2019 00:08:59      Midland Credit Management,
                8875 Aero Drive,    Suite 2,    San Diego, CA 92123-2255
516093633      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 01 2019 00:08:59      Midland Credit Management,
                PO Box 939019,    San Diego, CA 92193-9019
516093636       E-mail/Text: bankruptcydpt@mcmcg.com Feb 01 2019 00:08:59      Midland Funding,
                8875 Aero Dr Suite 200,    San Diego, CA 92123-2255
516093638       E-mail/Text: bankruptcy@sccompanies.com Feb 01 2019 00:10:08      Midnight Velvet,
                112 7th Avenue,    Monroe, WI 53566
516164950      +E-mail/Text: bankruptcy@sccompanies.com Feb 01 2019 00:10:08      Midnight Velvet,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516093639      +E-mail/Text: bankruptcy@sccompanies.com Feb 01 2019 00:10:08      Monroe & Main,
                1112 7th Avenue,    Monroe, WI 53566-1364
516164951      +E-mail/Text: bankruptcy@sccompanies.com Feb 01 2019 00:10:08      Monroe & Main,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516334438       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 00:28:01
                Portfolio Recovery Associates, LLC,    c/o Ashley Stewart,    POB 41067,    Norfolk VA 23541
516334435       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 00:06:42
                Portfolio Recovery Associates, LLC,    c/o David’s Bridal,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 3 of 4              Date Rcvd: Jan 31, 2019
                              Form ID: pdf905          Total Noticed: 122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516334644         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 00:05:29
                  Portfolio Recovery Associates, LLC,    c/o Gamestop,    POB 41067,    Norfolk VA 23541
516334433         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 00:28:01
                  Portfolio Recovery Associates, LLC,    c/o Mandee,    POB 41067,    Norfolk VA 23541
516093650         E-mail/Text: bankruptcy@pseg.com Feb 01 2019 00:07:57      PSEG,    PO Box 790,
                  Cranford, NJ 07016-0790
516093653        +E-mail/Text: bankruptcy@pseg.com Feb 01 2019 00:07:57      PSEG,    20 Commerce Drive,
                  Cranford, NJ 07016-3617
516093642        +E-mail/Text: ebn@vativrecovery.com Feb 01 2019 00:08:28      Palisade Collection , LLC,
                  210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2524
516312496        +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 01 2019 00:09:17      Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516149759         E-mail/Text: bnc-quantum@quantum3group.com Feb 01 2019 00:08:48
                  Quantum3 Group LLC as agent for,    Crown Asset Management LLC,    PO Box 788,
                  Kirkland, WA 98083-0788
516093660         E-mail/Text: appebnmailbox@sprint.com Feb 01 2019 00:08:55      Sprint,    PO Box 152046,
                  Irving, TX 75015-2046
516093659         E-mail/Text: appebnmailbox@sprint.com Feb 01 2019 00:08:56      Sprint,    PO Box 219554,
                  Kansas City, MO
516093661         E-mail/Text: appebnmailbox@sprint.com Feb 01 2019 00:08:56      Sprint,    PO Box 740503,
                  Atlanta, GA 30374
516093662         E-mail/Text: appebnmailbox@sprint.com Feb 01 2019 00:08:56      Sprint / Nextel,    PO Box 17621,
                  Baltimore, MD 21297
516093667         E-mail/Text: appebnmailbox@sprint.com Feb 01 2019 00:08:57      Sprint PCS,    PO Box 219554,
                  Kansas City, MO 64121
516093664         E-mail/Text: appebnmailbox@sprint.com Feb 01 2019 00:08:57      Sprint PCS,    PO Box 219718,
                  Kansas City, MO 64121-9718
516093666         E-mail/Text: appebnmailbox@sprint.com Feb 01 2019 00:08:57      Sprint PCS,    PO Box 62071,
                  Baltimore, MD 21264
516093658        +E-mail/Text: bankruptcy@sccompanies.com Feb 01 2019 00:10:08       Seventh Avenue,
                  PO Box 740933,   Dallas, TX 75374-0933
516093655         E-mail/Text: bankruptcy@sccompanies.com Feb 01 2019 00:10:08       Seventh Avenue,
                  1112 7th Avenue,    Monroe, WI 53566-1364
516164957        +E-mail/Text: bankruptcy@sccompanies.com Feb 01 2019 00:10:08       Seventh Avenue,
                  c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516093663        +E-mail/Text: appebnmailbox@sprint.com Feb 01 2019 00:08:56      Sprint Customer Service,
                  P0 Box 8077,   London, KY 40742-8077
516093669        +E-mail/Text: appebnmailbox@sprint.com Feb 01 2019 00:08:57      Sprint PCS,    PO Box 105243,
                  Atlanta, GA 30348-5243
516093668        +E-mail/Text: appebnmailbox@sprint.com Feb 01 2019 00:08:57      Sprint PCS,    PO Box 8077,
                  London, KY 40742-8077
516093670        +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:06:24      Syncb/Old Navy,    PO Box 965015,
                  Orlando, FL 32896-5015
516093671        +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:05:48      Synchrony Financial,
                  777 Long Ridge Road,    Stamford, CT 06902-1247
516093678         E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:05:48      Walmart,    PO Box 960023,
                  Dayton, FL 32896
516093676        +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:05:47      Walmart,    PO Box 530927,
                  Atlanta, GA 30353-0927
516093675         E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:05:48      Walmart,    PO Box 628043,
                  Orlando, FL 32862
516093674         E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:05:48      Walmart,    PO Box 965024,
                  For Notice Only,    Orlando, FL 32896-5024
516093677         E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:05:48      Walmart,    P0 Box 9769,
                  Macon, GA 31297
                                                                                              TOTAL: 64

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Ally Financial,   PO Box 130424,   Roseville, MN 55113-0004
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 4 of 4          Date Rcvd: Jan 31, 2019
                              Form ID: pdf905          Total Noticed: 122
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2019 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Avram D White    on behalf of Debtor Denise E Gallemore clistbk3@gmail.com,
           adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
          ase.com
          Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
           PARTICIPATION TRUST dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
                                                                                             TOTAL: 10
```