**Avram D. White**
Attorney at Law
66 Hampton Terrace, Orange, NJ 07050
Telephone (973)669-0857
Facsimile (888)481-1709
Email: avram.randr@gmail.com

February 26, 2019

Via ECF
Honorable Kathryn C. Ferguson, Chief Judge
United States Bankruptcy Court for the District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, N.J. 08608
Courtroom #2

RE:   16-16147-KCF
      Denise E. Gallemore
      Objection to Proposed Settlement of Controversy

Dear Judge Ferguson:

Please accept this letter as an objection to the Notice of Proposed Compromise or Settlement of Controversy. The debtor has amended her schedules to allow for an exemption of personal injury proceeds.

The debtor's objection is limited to the request that the debtor's exemption for personal injury proceeds be used to recalculate the amount of the settlement due to the debtor.

I respectfully request the Court schedule a hearing on this matter.

Respectfully,

Avram D. White