UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

Order Filed on March 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DENISE GALLEMORE,

Case No.: 16-16147

Judge: Hon. Kathryn C. Ferguson, U.S.B.J.

# ORDER APPROVING PROPOSED SETTLEMENT OF CONTROVERSY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: March 18, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Denise Gallemore
Case No.: 16-16147 (KCF)
Caption of Order: Order Approving Proposed Settlement Of Controversy

---

**ORDERED** that the trustee's proposed settlement of the litigation entitled Denise Gallemore v. Borgas Erquin, UNN-L-000321-18 for the sum of $90,000.00 is hereby approved.