UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on May 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Denise E Gallemore

| | |
|---|---|
| Case No.: | 16-16147-KCF |
| Hearing Date: | 5/16/2019 |
| Judge: | KCF |
| Chapter: | 13 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 22, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Percario Nitti and Struben, Trustee's Attorney | $29,340.46 | $2,978.59 |

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-16147-KCF
Denise E Gallemore                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin            Page 1 of 1              Date Rcvd: May 23, 2019
                          Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db             +Denise E Gallemore,    36 Heath Lane,    Willingboro, NJ 08046-1720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
      Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
       PARTICIPATION TRUST nj.bkecf@fedphe.com
      Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
       PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
      Avram D White    on behalf of Debtor Denise E Gallemore clistbk3@gmail.com,
       adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
       PARTICIPATION TRUST dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
       mortoncraigecf@gmail.com
      Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
       NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
      Karen E. Bezner    on behalf of Spec. Counsel    Percario Nitti and Struben Kbez@bellatlantic.net,
       NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
      Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
                                                                                                TOTAL: 11