UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

---

In Re:

DENISE E. GALLEMORE,

Case No.: 16-16147

Judge: Hon. Kathryn C. Ferguson, C.U.S.B.J.

**Order Filed on May 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

## ORDER EXPUNGING CLAIM NO. 17 FILED BY U.S. BANK TRUST, N.A.

    The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: May 20, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Denise Gallemore
Case No.: 16-16147 (KCF)
Caption of Order: Order Expunging Claim No. 17 Filed By U.S. Bank Trust, N.A.

_____

      **ORDERED** that Claim No. 17 filed by U.S. Bank Trust, N.A. on August 9, 2016 in the total amount of

$434,711.20 be and the same is hereby expunged.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-16147-KCF
Denise E Gallemore                                                      Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1          Date Rcvd: May 20, 2020
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
db            +Denise E Gallemore,   36 Heath Lane,   Willingboro, NJ 08046-1720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew L. Spivack   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Andrew L. Spivack   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
          Avram D White   on behalf of Debtor Denise E Gallemore clistbk3@gmail.com,
           adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
           ase.com
          Denise E. Carlon   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
           PARTICIPATION TRUST dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   LSF8 MASTER PARTICIPATION TRUST
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Karen E. Bezner   on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner   on behalf of Spec. Counsel   Percario Nitti and Struben Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner   Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
                                                                                    TOTAL: 11