| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**KAREN E. BEZNER, ESQ.**<br>567 Park Avenue, Suite 103<br>Scotch Plains, New Jersey 07076<br>(908) 322-8484<br>Attorney for Karen E. Bezner, Trustee<br><br>Karen E. Bezner<br>KB 5770 | **Order Filed on May 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
|---|---|
| In Re:<br><br>DENISE E. GALLEMORE, | Case No.: 16-16147<br><br>Judge: Hon. Kathryn C. Ferguson, C.U.S.B.J. |

## ORDER EXPUNGING CLAIM NO. 6 FILED BY ALLY FINANCIAL

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: May 20, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Denise Gallemore
Case No.: 16-16147 (KCF)
Caption of Order: Order Expunging Claim No. 6 Filed By Ally Financial l

**ORDERED** that Claim No. 6 filed by Ally Financial on May 3, 2016 in the total amount of $15,670.19 be and the same is hereby expunged.

United States Bankruptcy Court
District of New Jersey

In re:  
Denise E Gallemore  
    Debtor

Case No. 16-16147-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 20, 2020  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2020.  
db          +Denise E Gallemore,    36 Heath Lane,    Willingboro, NJ 08046-1720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:  
        Albert    Russo    docs@russotrustee.com  
        Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
        Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER  
         PARTICIPATION TRUST nj.bkecf@fedphe.com  
        Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
         PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com  
        Avram D White    on behalf of Debtor Denise E Gallemore clistbk3@gmail.com,  
         adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com  
        Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER  
         PARTICIPATION TRUST dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST  
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,  
         mortoncraigecf@gmail.com  
        Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,  
         NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
        Karen E. Bezner    on behalf of Spec. Counsel    Percario Nitti and Struben Kbez@bellatlantic.net,  
         NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
        Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
                                                                                                                            TOTAL: 11