Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  16−16147−KCF
                        Chapter:  7
                        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denise E Gallemore
   36 Heath Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−5077

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:      7/23/20
Time:     02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Karen E. Bezner, Trustee's Attorney

COMMISSION OR FEES
FEES $4,440.00

EXPENSES
$147.57

If this is a chapter 13 case, the fees and expenses awarded:

     ☐    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 16, 2020
JAN:

                                                    Jeanne Naughton
                                                    Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                        Case No. 16-16147-KCF
Denise E Gallemore                                            Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 4        Date Rcvd: Jun 16, 2020
                              Form ID: 137             Total Noticed: 122

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
db             +Denise E Gallemore,    36 Heath Lane,    Willingboro, NJ 08046-1720
cr             +LSF8 MASTER PARTICIPATION TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,   Mt. Laurel, NJ 08054-3437
sp             +Percario Nitti and Struben,    1514 St Georges Avenue,    Linden, NJ 07036-1784
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516093590      +AT&T Wireless,    PO Box 8212,    Aurora, IL 60572-8212
516093588       AT&T Wireless,    PO Box 944039,    Maitland, FL 32794
516093589      +AT&T Wireless,    PO Box 371430,    Pittsburgh, PA 15250-7430
516093591      +AT&T Wireless Service,    PO Box 8220,    Aurora, IL 60572-8220
516093586      +Ashro Catalog,    P0 Box 609,    Memphis, TN 38101-0609
516182471       CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    P O BOX 3001,    MALVERN, PA 19355-0701
516093592      +Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
516093597       Comenity Bank/Game,    P O Box 181120,    Columbus, OH 43218
516093600      +Convergent Healthcare,    121 NE Jefferson Street,    Suite 100,    Peoria, IL 61602-1229
516093601      +Cooper BMA Endoscope CTR,    attn: C and H Collection Services Inc.,    PO Box 1399,
                 Merchantville, NJ 08109-0399
516260796      +Cooper University C/O Convergent HC Rec,    Convergent Healthcare Recoveries Inc.,
                 P.O. Box 1289,   Peoria, IL 61654-1289
516093602       Cooper University Health Care,    PO Box 1022,    For Notice Only,    Wixom, MI 48393-1022
516093603       Cooper University Health Care,    PO Box 1022,    Wixom, MI 48393-1022
516093606       Credit One Bank,    PO BOx 98672,    Las Vegas, NV 89193-8672
516093607      +David's Bridal Shop,    Attn: Retail Services,    P0 Box 17602,    For Notice Only,
                 Baltimore, MD 21297-1602
516093608       David's Bridal Shop,    PO Box 659707,    San Antonio, TX 78265-9707
516093609       Deer Park Poland Spring,    attn: Associated Credit Services Inc,    PO Box 5171,
                 Westborough, MA 01581-5171
516093610       Deer Park Water,    215661 Dixie Highway , Suite 4,    Louisville, KY 40258
516093611      +Discover Bank,    attn: Capital Management Services LP,    698 1/2 South Ogden Street,
                 Buffalo, NY 14206-2317
516093614      +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
516093617       First Premier Bank,    3820 N Louise Avenue,    Sioux Falls, SD 57107-0145
516093618       First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
516093616      +First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
516093613       First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
516093612       First Premier Bank,    PO Box 5114,    Sioux Falls, SD 57117-5114
516093615      +First Premier Bank,    PO Box 3038,    Evansville, IN 47730-3038
516093619      +First Premium Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
516093623      +GMAC,    3451 Hammond Ave.,    Waterloo, IA 50702-5300
516093628       Larchmont Imaging,    attn: Apex Asset Management LLC,    2501 Oregon Pike Suite 102,
                 Lancaster, PA 17601-4890
516093627      +Larchmont Imaging,    1295 Route 38 West,    Hainesport, NJ 08036-2702
516093629      +Larchmont Imaging Associates,    Attn: Credit Management , Inc.,    4200 International Parkway,
                 Carrollton, TX 75007-1912
516093630       Lourdes Medical Center of Burlington Cty,    attn: Financial Recoveries,    PO Box 1388,
                 Mount Laurel, NJ 08054-7388
516093631      +Mason Direct,    PO Box 77001,    Madison, WI 53707-1001
516093635      +Midland Credit Management,    Attn: Pressler & Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516093637      +Midland Funding, LLC,    Attn: Pressler and Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516093640      +Monroe and Main,    attn: Professional Recovery Consultants,    2700 Meridian Parkway, Suite 200,
                 Durham, NC 27713-2441
516093641      +NLA Burlington,    att: Natural Lawn of America,    PO Box 2330,    Riverton, NJ 08077-5330
516093652      +PSEG,    80 Park Plaza,    Newark, NJ 07102-4194
516093651      +PSEG,    80 Park Plaza T5D,    Newark, NJ 07102-4195
516093649      +PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
516093648       PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
516093644      +Palisades Collection , LLC,    PO Box 1244,    Englewood Cliffs, NJ 07632-0244
516093643      +Palisades Collection , LLC,    Attn: Pressler & Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516093646      +Poland Spring,    PO Box 856192,    Louisville, KY 40285-6192
516093645      +Poland Spring,    50 Commerce Way,    Norton, MA 02766-3323
516093647      +Poland Spring Natural Spring Water,    6661 Dixie Highway , Suite 4,    Louisville, KY 40258-3950
516093654      +Saint Michaels Medical Center,    100 Front Street,    Suite 1,    Riverside, NJ 08075-1181
516093656      +Seventh Avenue,    Attn: Merchants' Credit Guide Co.,    223 W. Jackson Blvd.,
                 Chicago, IL 60606-6908
516093657      +Seventh Avenue,    Attn: Van RU Credit Corporation,    PO Box 618,    Park Ridge, IL 60068-0618
516093665       Sprint PCS,    PO Box 2200,    Bedford Park, IL 60499-2200
516103332       Sterling Jewelers Inc.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
516093672      +The Center for Kidney Care,    attn: I C Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
516093673      +Township of Willingboro,    1 Rev Dr. M.L. King Jr. Drive,    Willingboro, NJ 08046-2853
```

```
District/off: 0312-3          User: admin               Page 2 of 4           Date Rcvd: Jun 16, 2020
                              Form ID: 137              Total Noticed: 122


516331874         +U.S. BANK TRUST, N.A.,,    CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                    OKLAHOMA CITY, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr                E-mail/Text: bnc@russotrustee.com Jun 16 2020 23:13:52      Albert Russo,
                    Standing Chapter 13 Trustee,   CN 4853,    Trenton, NJ 08650-4853
smg               E-mail/Text: usanj.njbankr@usdoj.gov Jun 16 2020 23:13:32      U.S. Attorney,    970 Broad St.,
                    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 16 2020 23:13:31      United States Trustee,
                    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                    Newark, NJ 07102-5235
516093585         E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:13:53       ASHRO,   1112 7th Avenue,
                    Monroe, WI 53566-1364
516159080         E-mail/Text: ally@ebn.phinsolutions.com Jun 16 2020 23:12:52       Ally Financial,
                    PO Box 130424,    Roseville MN 55113-0004
516093584        +E-mail/Text: ally@ebn.phinsolutions.com Jun 16 2020 23:12:52       Ally Financial,
                    PO Box 380901,    Minneapolis, MN 55438-0901
516164917        +E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:13:53       Ashro Lifestyle,
                    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516093587        +E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:13:53       Ashro/Swiss Colony,
                    1515 South 21st Street,    Clinton, IA 52732-6676
516093593        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 23:19:09       Capital One Bank,
                    PO Box 71083,    Charlotte, NC 28272-1083
516093594        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 23:18:48       Capital One Bank,
                    PO Box 71083,    For Notice Only,    Charlotte, NC 28272-1083
516135329         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 23:19:09
                    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516093595         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 16 2020 23:13:18       Comenity Bank,
                    PO Box 183003,    Columbus, OH 43218-3003
516093596        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 16 2020 23:13:18
                    Comenity Bank/Davids Bridal,    P O Box 182120,    Columbus, OH 43218-2120
516093598        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 16 2020 23:13:18       Comenity Bank/Game,
                    P O Box 182789,    Columbus, OH 43218-2789
516093599        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 16 2020 23:13:18       Comenity Bank/Mandees,
                    P O Box 182789,    Columbus, OH 43218-2789
516093605        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 16 2020 23:19:14       Credit One Bank,
                    PO Box 98873,    Las Vegas, NV 89193-8873
516093604        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 16 2020 23:18:53       Credit One Bank,
                    P0 Box 80015,    Los Angeles, CA 90080-0015
516093622        +E-mail/Text: ally@ebn.phinsolutions.com Jun 16 2020 23:12:52       GMAC,   P0 Box 130424,
                    Roseville, MN 55113-0004
516093620         E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:13:53       Ginny,   1112 7th Avenue,
                    Monroe, WI 53566-1364
516093621         E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:13:53       Ginny's,    1112 7th Avenue,
                    Monroe, WI 53566-1364
516164918        +E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:13:53       Ginny's,
                    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516093625        +E-mail/Text: bncnotices@becket-lee.com Jun 16 2020 23:13:02       Kohl's,   PO Box 3004,
                    Milwaukee, WI 53201-3004
516093626        +E-mail/Text: bncnotices@becket-lee.com Jun 16 2020 23:13:03       Kohl's,   PO Box 3084,
                    Milwaukee, WI 53201-3084
516093624        +E-mail/Text: bncnotices@becket-lee.com Jun 16 2020 23:13:02       Kohl's,   PO Box 2983,
                    Milwaukee, WI 53201-2983
516781374        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 16 2020 23:13:30      MIDLAND FUNDING LLC,
                    PO BOX 2011,    WARREN, MI 48090-2011
516711357        +E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:12:46       Mason,
                    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516093632        +E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:12:46       Mason Easy Pay,    PO Box 2808,
                    Monroe, WI 53566-8008
516093634        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 16 2020 23:13:30      Midland Credit Management,
                    8875 Aero Drive,    Suite 2,    San Diego, CA 92123-2255
516093633        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 16 2020 23:13:30      Midland Credit Management,
                    PO Box 939019,    San Diego, CA 92193-9019
516093636         E-mail/Text: bankruptcydpt@mcmcg.com Jun 16 2020 23:13:30      Midland Funding,
                    8875 Aero Dr Suite 200,    San Diego, CA 92123-2255
516093638         E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:13:53       Midnight Velvet,
                    112 7th Avenue,    Monroe, WI 53566
516164950        +E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:13:53       Midnight Velvet,
                    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516093639        +E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:13:53       Monroe & Main,
                    1112 7th Avenue,    Monroe, WI 53566-1364
516164951        +E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:13:53       Monroe & Main,
                    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516334438         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 16 2020 23:18:51
                    Portfolio Recovery Associates, LLC,    c/o Ashley Stewart,    POB 41067,   Norfolk VA 23541
516334435         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 16 2020 23:18:50
                    Portfolio Recovery Associates, LLC,    c/o David's Bridal,    POB 41067,   Norfolk VA 23541
516334644         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 16 2020 23:19:37
                    Portfolio Recovery Associates, LLC,    c/o Gamestop,    POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-3          User: admin                Page 3 of 4                  Date Rcvd: Jun 16, 2020
                              Form ID: 137               Total Noticed: 122


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516334433       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 16 2020 23:18:50
                 Portfolio Recovery Associates, LLC,   c/o Mandee,   POB 41067,   Norfolk VA 23541
516093650       E-mail/Text: bankruptcy@pseg.com Jun 16 2020 23:12:50      PSEG,   PO Box 790,
                 Cranford, NJ 07016-0790
516093653      +E-mail/Text: bankruptcy@pseg.com Jun 16 2020 23:12:50      PSEG,   20 Commerce Drive,
                 Cranford, NJ 07016-3617
516093642      +E-mail/Text: ebn@vativrecovery.com Jun 16 2020 23:13:14      Palisade Collection , LLC,
                 210 Sylvan Avenue,   Englewood Cliffs, NJ 07632-2524
516312496      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 16 2020 23:13:38      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516149759       E-mail/Text: bnc-quantum@quantum3group.com Jun 16 2020 23:13:25
                 Quantum3 Group LLC as agent for,   Crown Asset Management LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
516093660       E-mail/Text: appebnmailbox@sprint.com Jun 16 2020 23:13:28      Sprint,   PO Box 152046,
                 Irving, TX 75015-2046
516093659       E-mail/Text: appebnmailbox@sprint.com Jun 16 2020 23:13:28      Sprint,   PO Box 219554,
                 Kansas City, MO
516093661       E-mail/Text: appebnmailbox@sprint.com Jun 16 2020 23:13:29      Sprint,   PO Box 740503,
                 Atlanta, GA 30374
516093662       E-mail/Text: appebnmailbox@sprint.com Jun 16 2020 23:13:29      Sprint / Nextel,   PO Box 17621,
                 Baltimore, MD 21297
516093667       E-mail/Text: appebnmailbox@sprint.com Jun 16 2020 23:13:29      Sprint PCS,   PO Box 219554,
                 Kansas City, MO 64121
516093664       E-mail/Text: appebnmailbox@sprint.com Jun 16 2020 23:13:29      Sprint PCS,   PO Box 219718,
                 Kansas City, MO 64121-9718
516093666       E-mail/Text: appebnmailbox@sprint.com Jun 16 2020 23:13:30      Sprint PCS,   PO Box 62071,
                 Baltimore, MD 21264
516093658      +E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:13:53      Seventh Avenue,
                 PO Box 740933,   Dallas, TX 75374-0933
516093655       E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:13:53      Seventh Avenue,
                 1112 7th Avenue,   Monroe, WI 53566-1364
516164957      +E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:13:53      Seventh Avenue,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516093663      +E-mail/Text: appebnmailbox@sprint.com Jun 16 2020 23:13:29      Sprint Customer Service,
                 P0 Box 8077,   London, KY 40742-8077
516093669      +E-mail/Text: appebnmailbox@sprint.com Jun 16 2020 23:13:29      Sprint PCS,   PO Box 105243,
                 Atlanta, GA 30348-5243
516093668      +E-mail/Text: appebnmailbox@sprint.com Jun 16 2020 23:13:30      Sprint PCS,   PO Box 8077,
                 London, KY 40742-8077
516093670      +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 23:18:44      Syncb/Old Navy,   PO Box 965015,
                 Orlando, FL 32896-5015
516093671      +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 23:19:04      Synchrony Financial,
                 777 Long Ridge Road,   Stamford, CT 06902-1247
516093678       E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 23:18:43      Walmart,   PO Box 960023,
                 Dayton, FL 32896
516093676      +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 23:18:45      Walmart,   PO Box 530927,
                 Atlanta, GA 30353-0927
516093675       E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 23:18:44      Walmart,   PO Box 628043,
                 Orlando, FL 32862
516093674       E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 23:19:04      Walmart,   PO Box 965024,
                 For Notice Only,   Orlando, FL 32896-5024
516093677       E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 23:18:44      Walmart,   P0 Box 9769,
                 Macon, GA 31297
                                                                                              TOTAL: 63

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Ally Financial,   PO Box 130424,   Roseville, MN  55113-0004
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                Page 4 of 4                  Date Rcvd: Jun 16, 2020
                                  Form ID: 137               Total Noticed: 122
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Avram D White    on behalf of Debtor Denise E Gallemore clistbk3@gmail.com,
           adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
           ase.com
          Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
           PARTICIPATION TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Karen E. Bezner    on behalf of Spec. Counsel    Percario Nitti and Struben Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
                                                                                               TOTAL: 11
```