Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−16147−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Denise E Gallemore
    36 Heath Lane
    Willingboro, NJ 08046

Social Security No.:
    xxx−xx−5077

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Kathryn C. Ferguson on:

DATE:           August 20, 2020
TIME:           02:30 PM
LOCATION:       Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:          $90,000.00
TOTAL DISBURSEMENTS:     $68,415.60
BALANCE ON HAND:         $21,584.40

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Karen E. Bezner
Chapter 7 Trustee

COMMISSION OR FEES
$5,965.11

EXPENSES
$75.36

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: July 10, 2020
JAN: pbf

                                          Jeanne Naughton
                                          Clerk

Case 16-16147-KCF    Doc 92    Filed 07/12/20    Entered 07/13/20 00:30:21    Desc Imaged
Certificate of Notice    Page 2 of 6

```
                                   United States Bankruptcy Court
                                         District of New Jersey

In re:                                                                             Case No. 16-16147-KCF
Denise E Gallemore                                                                 Chapter 7
          Debtor                             CERTIFICATE OF NOTICE
District/off: 0312-3            User: admin              Page 1 of 4              Date Rcvd: Jul 10, 2020
                                Form ID: 192             Total Noticed: 122


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2020.
db             +Denise E Gallemore,    36 Heath Lane,    Willingboro, NJ 08046-1720
cr             +LSF8 MASTER PARTICIPATION TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,   Mt. Laurel, NJ 08054-3437
sp             +Percario Nitti and Struben,    1514 St Georges Avenue,    Linden, NJ 07036-1784
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516093590      +AT&T Wireless,    PO Box 8212,    Aurora, IL 60572-8212
516093588       AT&T Wireless,    PO Box 944039,    Maitland, FL 32794
516093589      +AT&T Wireless,    PO Box 371430,    Pittsburgh, PA 15250-7430
516093591      +AT&T Wireless Service,    PO Box 8220,    Aurora, IL 60572-8220
516093586      +Ashro Catalog,    P0 Box 609,    Memphis, TN 38101-0609
516182471       CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
516093592      +Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
516093597       Comenity Bank/Game,    P O Box 181120,    Columbus, OH 43218
516093600      +Convergent Healthcare,    121 NE Jefferson Street,    Suite 100,    Peoria, IL 61602-1229
516093601      +Cooper BMA Endoscope CTR,    attn: C and H Collection Services Inc.,    PO Box 1399,
                 Merchantville, NJ 08109-0399
516260796      +Cooper University C/O Convergent HC Rec,    Convergent Healthcare Recoveries Inc.,
                 P.O. Box 1289,    Peoria, IL 61654-1289
516093602       Cooper University Health Care,    PO Box 1022,    For Notice Only,    Wixom, MI 48393-1022
516093603       Cooper University Health Care,    PO Box 1022,    Wixom, MI 48393-1022
516093606       Credit One Bank,    PO BOx 98672,    Las Vegas, NV 89193-8672
516093607      +David's Bridal Shop,    Attn: Retail Services,    P0 Box 17602,    For Notice Only,
                 Baltimore, MD 21297-1602
516093608       David's Bridal Shop,    PO Box 659707,    San Antonio, TX 78265-9707
516093609       Deer Park Poland Spring,    attn: Associated Credit Services Inc,    PO Box 5171,
                 Westborough, MA 01581-5171
516093610       Deer Park Water,    215661 Dixie Highway , Suite 4,    Louisville, KY 40258
516093611      +Discover Bank,    attn: Capital Management Services LP,    698 1/2 South Ogden Street,
                 Buffalo, NY 14206-2317
516093614      +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
516093617       First Premier Bank,    3820 N Louise Avenue,    Sioux Falls, SD 57107-0145
516093618       First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
516093613      +First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
516093616      +First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
516093612      +First Premier Bank,    PO Box 5114,    Sioux Falls, SD 57117-5114
516093615      +First Premier Bank,    PO Box 3038,    Evansville, IN 47730-3038
516093619      +First Premium Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
516093623      +GMAC,   3451 Hammond Ave.,    Waterloo, IA 50702-5300
516093627      +Larchmont Imaging,    1295 Route 38 West,    Hainesport, NJ 08036-2702
516093628       Larchmont Imaging,    attn: Apex Asset Management LLC,    2501 Oregon Pike Suite 102,
                 Lancaster, PA 17601-4890
516093629      +Larchmont Imaging Associates,    Attn: Credit Management , Inc.,    4200 International Parkway,
                 Carrollton, TX 75007-1912
516093630       Lourdes Medical Center of Burlington Cty,    attn: Financial Recoveries,    PO Box 1388,
                 Mount Laurel, NJ 08054-7388
516093631      +Mason Direct,    PO Box 77001,    Madison, WI 53707-1001
516093635      +Midland Credit Management,    Attn: Pressler & Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516093637      +Midland Funding, LLC,    Attn: Pressler and Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516093640      +Monroe and Main,    attn: Professional Recovery Consultants,    2700 Meridian Parkway, Suite 200,
                 Durham, NC 27713-2441
516093641      +NLA Burlington,    att: Natural Lawn of America,    PO Box 2330,    Riverton, NJ 08077-5330
516093652      +PSEG,   80 Park Plaza,    Newark, NJ 07102-4194
516093651      +PSEG,   80 Park Plaza T5D,    Newark, NJ 07102-4195
516093649      +PSEG,   PO Box 14444,    New Brunswick, NJ 08906-4444
516093648       PSEG,   PO Box 14104,    New Brunswick, NJ 08906-4104
516093644      +Palisades Collection , LLC,    PO Box 1244,    Englewood Cliffs, NJ 07632-0244
516093643      +Palisades Collection , LLC,    Attn: Pressler & Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516093646      +Poland Spring,    PO Box 856192,    Louisville, KY 40285-6192
516093645      +Poland Spring,    50 Commerce Way,    Norton, MA 02766-3323
516093647      +Poland Spring Natural Spring Water,    6661 Dixie Highway , Suite 4,    Louisville, KY 40258-3950
516093654      +Saint Michaels Medical Center,    100 Front Street,    Suite 1,    Riverside, NJ 08075-1181
516093656      +Seventh Avenue,    Attn: Merchants' Credit Guide Co.,    223 W. Jackson Blvd.,
                 Chicago, IL 60606-6908
516093657      +Seventh Avenue,    Attn: Van RU Credit Corporation,    PO Box 618,    Park Ridge, IL 60068-0618
516093665       Sprint PCS,    PO Box 2200,    Bedford Park, IL 60499-2200
516103332       Sterling Jewelers Inc.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
516093672      +The Center for Kidney Care,    attn: I C Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
```

```
District/off: 0312-3          User: admin              Page 2 of 4                    Date Rcvd: Jul 10, 2020
                              Form ID: 192             Total Noticed: 122


516093673     +Township of Willingboro,    1 Rev Dr. M.L. King Jr. Drive,    Willingboro, NJ 08046-2853
516331874     +U.S. BANK TRUST, N.A.,,   CALIBER HOME LOANS, INC.,   13801 WIRELESS WAY,
               OKLAHOMA CITY, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             E-mail/Text: bnc@russotrustee.com Jul 11 2020 01:17:35     Albert Russo,
               Standing Chapter 13 Trustee,    CN 4853,   Trenton, NJ  08650-4853
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2020 01:15:43     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2020 01:15:35     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516093585      E-mail/Text: bankruptcy@sccompanies.com Jul 11 2020 01:17:42     ASHRO,    1112 7th Avenue,
               Monroe, WI 53566-1364
516159080      E-mail/Text: ally@ebn.phinsolutions.com Jul 11 2020 01:05:46     Ally Financial,
               PO Box 130424,   Roseville MN 55113-0004
516093584     +E-mail/Text: ally@ebn.phinsolutions.com Jul 11 2020 01:05:46     Ally Financial,
               PO Box 380901,   Minneapolis, MN 55438-0901
516164917     +E-mail/Text: bankruptcy@sccompanies.com Jul 11 2020 01:17:42     Ashro Lifestyle,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516093587     +E-mail/Text: bankruptcy@sccompanies.com Jul 11 2020 01:17:42     Ashro/Swiss Colony,
               1515 South 21st Street,    Clinton, IA 52732-6676
516093593     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2020 01:33:42     Capital One Bank,
               PO Box 71083,   Charlotte, NC 28272-1083
516093594     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2020 01:34:03     Capital One Bank,
               PO Box 71083,   For Notice Only,    Charlotte, NC 28272-1083
516135329      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2020 01:33:41
               Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
516093595      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 11 2020 01:15:06     Comenity Bank,
               PO Box 183003,   Columbus, OH 43218-3003
516093596     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 11 2020 01:15:07
               Comenity Bank/Davids Bridal,    P O Box 182120,   Columbus, OH 43218-2120
516093598     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 11 2020 01:15:07     Comenity Bank/Game,
               P O Box 182789,   Columbus, OH 43218-2789
516093599     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 11 2020 01:15:07     Comenity Bank/Mandees,
               P O Box 182789,   Columbus, OH 43218-2789
516093605     +E-mail/PDF: creditonebknotifications@resurgent.com Jul 11 2020 01:11:07     Credit One Bank,
               PO Box 98873,   Las Vegas, NV 89193-8873
516093604     +E-mail/PDF: creditonebknotifications@resurgent.com Jul 11 2020 01:10:27     Credit One Bank,
               P0 Box 80015,   Los Angeles, CA 90080-0015
516093622     +E-mail/Text: ally@ebn.phinsolutions.com Jul 11 2020 01:05:46     GMAC,   P0 Box 130424,
               Roseville, MN 55113-0004
516093620      E-mail/Text: bankruptcy@sccompanies.com Jul 11 2020 01:17:42     Ginny,    1112 7th Avenue,
               Monroe, WI 53566-1364
516093621      E-mail/Text: bankruptcy@sccompanies.com Jul 11 2020 01:17:42     Ginny’s,    1112 7th Avenue,
               Monroe, WI 53566-1364
516164918     +E-mail/Text: bankruptcy@sccompanies.com Jul 11 2020 01:17:42     Ginny’s,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516093625     +E-mail/Text: bncnotices@becket-lee.com Jul 11 2020 01:06:09     Kohl’s,   PO Box 3004,
               Milwaukee, WI 53201-3004
516093626     +E-mail/Text: bncnotices@becket-lee.com Jul 11 2020 01:06:10     Kohl’s,   PO Box 3084,
               Milwaukee, WI 53201-3084
516093624     +E-mail/Text: bncnotices@becket-lee.com Jul 11 2020 01:06:09     Kohl’s,   PO Box 2983,
               Milwaukee, WI 53201-2983
516781374     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 11 2020 01:15:34     MIDLAND FUNDING LLC,
               PO BOX 2011,   WARREN, MI 48090-2011
516711357     +E-mail/Text: bankruptcy@sccompanies.com Jul 11 2020 01:05:29     Mason,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516093632     +E-mail/Text: bankruptcy@sccompanies.com Jul 11 2020 01:05:29     Mason Easy Pay,   PO Box 2808,
               Monroe, WI 53566-8008
516093634     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 11 2020 01:15:34     Midland Credit Management,
               8875 Aero Drive,   Suite 2,   San Diego, CA 92123-2255
516093633     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 11 2020 01:15:34     Midland Credit Management,
               PO Box 939019,   San Diego, CA 92193-9019
516093636      E-mail/Text: bankruptcydpt@mcmcg.com Jul 11 2020 01:15:34     Midland Funding,
               8875 Aero Dr Suite 200,   San Diego, CA 92123-2255
516093638      E-mail/Text: bankruptcy@sccompanies.com Jul 11 2020 01:17:42     Midnight Velvet,
               112 7th Avenue,   Monroe, WI 53566
516164950     +E-mail/Text: bankruptcy@sccompanies.com Jul 11 2020 01:17:42     Midnight Velvet,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516093639     +E-mail/Text: bankruptcy@sccompanies.com Jul 11 2020 01:17:42     Monroe & Main,
               1112 7th Avenue,   Monroe, WI 53566-1364
516164951     +E-mail/Text: bankruptcy@sccompanies.com Jul 11 2020 01:17:42     Monroe & Main,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516334438      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 01:10:28
               Portfolio Recovery Associates, LLC,    c/o Ashley Stewart,   POB 41067,   Norfolk VA 23541
516334435      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 01:10:29
               Portfolio Recovery Associates, LLC,    c/o David’s Bridal,    POB 41067,   Norfolk VA 23541
516334644      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 01:11:54
               Portfolio Recovery Associates, LLC,    c/o Gamestop,   POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 3 of 4              Date Rcvd: Jul 10, 2020
                              Form ID: 192             Total Noticed: 122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516334433         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 01:11:56
                  Portfolio Recovery Associates, LLC,   c/o Mandee,   POB 41067,   Norfolk VA 23541
516093650         E-mail/Text: bankruptcy@pseg.com Jul 11 2020 01:05:43      PSEG,   PO Box 790,
                  Cranford, NJ 07016-0790
516093653        +E-mail/Text: bankruptcy@pseg.com Jul 11 2020 01:05:43      PSEG,   20 Commerce Drive,
                  Cranford, NJ 07016-3617
516093642        +E-mail/Text: ebn@vativrecovery.com Jul 11 2020 01:14:59     Palisade Collection , LLC,
                  210 Sylvan Avenue,   Englewood Cliffs, NJ 07632-2524
516312496        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 11 2020 01:16:07     Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516149759         E-mail/Text: bnc-quantum@quantum3group.com Jul 11 2020 01:15:21
                  Quantum3 Group LLC as agent for,   Crown Asset Management LLC,   PO Box 788,
                  Kirkland, WA  98083-0788
516093660         E-mail/Text: appebnmailbox@sprint.com Jul 11 2020 01:15:30      Sprint,   PO Box 152046,
                  Irving, TX 75015-2046
516093659         E-mail/Text: appebnmailbox@sprint.com Jul 11 2020 01:15:30      Sprint,   PO Box 219554,
                  Kansas City, MO
516093661         E-mail/Text: appebnmailbox@sprint.com Jul 11 2020 01:15:30      Sprint,   PO Box 740503,
                  Atlanta, GA 30374
516093662         E-mail/Text: appebnmailbox@sprint.com Jul 11 2020 01:15:31      Sprint / Nextel,   PO Box 17621,
                  Baltimore, MD 21297
516093667         E-mail/Text: appebnmailbox@sprint.com Jul 11 2020 01:15:31      Sprint PCS,   PO Box 219554,
                  Kansas City, MO 64121
516093664         E-mail/Text: appebnmailbox@sprint.com Jul 11 2020 01:15:31      Sprint PCS,   PO Box 219718,
                  Kansas City, MO 64121-9718
516093666         E-mail/Text: appebnmailbox@sprint.com Jul 11 2020 01:15:32      Sprint PCS,   PO Box 62071,
                  Baltimore, MD 21264
516093658        +E-mail/Text: bankruptcy@sccompanies.com Jul 11 2020 01:17:42       Seventh Avenue,
                  PO Box 740933,   Dallas, TX 75374-0933
516093655         E-mail/Text: bankruptcy@sccompanies.com Jul 11 2020 01:17:42       Seventh Avenue,
                  1112 7th Avenue,   Monroe, WI 53566-1364
516164957        +E-mail/Text: bankruptcy@sccompanies.com Jul 11 2020 01:17:42       Seventh Avenue,
                  c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516093663        +E-mail/Text: appebnmailbox@sprint.com Jul 11 2020 01:15:31      Sprint Customer Service,
                  P0 Box 8077,   London, KY 40742-8077
516093669        +E-mail/Text: appebnmailbox@sprint.com Jul 11 2020 01:15:31      Sprint PCS,   PO Box 105243,
                  Atlanta, GA 30348-5243
516093668        +E-mail/Text: appebnmailbox@sprint.com Jul 11 2020 01:15:32      Sprint PCS,   PO Box 8077,
                  London, KY 40742-8077
516093670        +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 01:10:51      Syncb/Old Navy,   PO Box 965015,
                  Orlando, FL 32896-5015
516093671        +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 01:10:51      Synchrony Financial,
                  777 Long Ridge Road,   Stamford, CT 06902-1247
516093678         E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 01:10:51      Walmart,   PO Box 960023,
                  Dayton, FL 32896
516093676        +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 01:10:51      Walmart,   PO Box 530927,
                  Atlanta, GA 30353-0927
516093675         E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 01:10:52      Walmart,   PO Box 628043,
                  Orlando, FL 32862
516093674         E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 01:10:53      Walmart,   PO Box 965024,
                  For Notice Only,   Orlando, FL 32896-5024
516093677         E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 01:10:51      Walmart,   P0 Box 9769,
                  Macon, GA 31297
                                                                                             TOTAL: 63

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Ally Financial,   PO Box 130424,   Roseville, MN  55113-0004
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                               Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 4 of 4              Date Rcvd: Jul 10, 2020
                              Form ID: 192             Total Noticed: 122
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Avram D White    on behalf of Debtor Denise E Gallemore clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
               ase.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Karen E. Bezner    on behalf of Spec. Counsel    Percario Nitti and Struben Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
                                                                                             TOTAL: 11
```