| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on August 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Denise E. Gallemore | Case No.: 16-16147<br>Chapter: _____7_____<br>Hearing Date: August 20, 2020<br>Judge: Kathryn C. Ferguson |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: August 21, 2020**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
GALLEMORE, DENISE E

Debtor(s)                              Case No. 16-16147 KCF

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this  20th  day of  August  , 2020 upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $5,965.11 is reasonable compensation for the services in this case by KAREN E. BEZNER, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $75.36 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

:

United States Bankruptcy Court
District of New Jersey

In re:  
Denise E Gallemore  
    Debtor

Case No. 16-16147-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 1                  Date Rcvd: Aug 21, 2020
                              Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2020.
db              +Denise E Gallemore,   36 Heath Lane,    Willingboro, NJ 08046-1720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2020 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
       PARTICIPATION TRUST nj.bkecf@fedphe.com
      Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
       PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
      Avram D White    on behalf of Debtor Denise E Gallemore clistbk3@gmail.com,
       adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
       ase.com
      Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
       PARTICIPATION TRUST dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
       mortoncraigecf@gmail.com
      Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
       NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
      Karen E. Bezner    on behalf of Spec. Counsel    Percario Nitti and Struben Kbez@bellatlantic.net,
       NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
      Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
                                                                                                   TOTAL: 11